**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-11534
_____

CONNIE L. MORRIS,

*Plaintiff-Appellant,*

*versus*

BESSEMER CITY BOARD OF EDUCATION,

*Defendant-Appellee,*

KEITH A. STEWART,
  individually and in his official capacity as
  Superintendent of the Bessemer Board
  of Education,

*Defendant.*

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 2:19-cv-01231-AMM
_____

Before BRASHER, KIDD, and WILSON, Circuit Judges.

PER CURIAM:

Plaintiff-Appellant Connie Morris was a physical education teacher in the Bessemer school system for over twenty years before becoming the Athletic Director in 2015. The position of Athletic Director was eventually eliminated in 2019, and Morris was transferred to a physical education role at an elementary school. Morris filed suit against Defendants-Appellees Bessemer Board of Education (Bessemer) and Dr. Keith Stewart, individually and in his capacity as Superintendent of Bessemer, for violations of Title VII, the Equal Pay Act, Section 1983, Section 1981, and retaliation. Only the retaliation and Equal Pay Act claims against Bessemer went to trial, where the jury returned a verdict for Bessemer.

We have considered all arguments raised on appeal by Morris, including that:

I.      The composition of the jury violated 28 U.S.C. § 1861 and Morris's constitutional right to a jury drawn from a fair cross-section of the community.

II.     The district court erred by excluding the Students First Act.

III.    The district court's jury instructions misstated Alabama law.

IV.     The district court erred in allowing Bessemer to admit multiple misleading and prejudicial documents into evidence.

V.      The jury verdict is not supported by the evidence.

VI.　Bessemer offered no legitimate non-discriminatory rationale for reassigning Morris after she complained of unequal treatment.

After careful consideration of the record and the parties' briefs, and with the benefit of oral argument, we find no reversible error in the district court's proceedings. Accordingly, we affirm.

**AFFIRMED.**